Miller et al., Appellees, v. Midwestern Indemnity Company, Appellant.

[Cite as *Miller v. Midwestern Indemn. Co.* (1997), 77 Ohio St.3d 1261.]

1262

(No. 96–803—Submitted December 11, 1996—Decided January 29, 1997.)

*Weston, Hurd, Fallon, Paisley & Howley* and *William H. Baughman, Jr.,* for appellant.

*Sua sponte,* cause dismissed as having been improvidently certified as a conflict case. *Whitelock v. Gilbane Bldg. Co.* (1993), 66 Ohio St.3d 594, 613 N.E.2d 1032. There is no conflict between the appellate districts because the controlling law is stated in *Harasyn v. Normandy Metals, Inc.* (1990), 49 Ohio St.3d 173, 551 N.E.2d 962.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.